## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **ANDRE E. FRANKLIN,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF GENESEE, and DEPUTY ROSE,**<br><br>Defendants. | **2:24-CV-11401-TGB-KGA**<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 24) AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF NO. 15)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's May 29, 2025 Report and Recommendation (ECF No. 24) recommending that Plaintiff's Motion for Default Judgment (ECF No. 15) be denied.

The Court has reviewed Judge Altman's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.*

Where, as here, neither party has lodged objections to a Report and Recommendation, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The

Court will, therefore, accept Judge Altman's May 29, 2025 Report and Recommendation as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Altman's Report and Recommendation of May 29, 2025 (ECF No. 24) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 15) is **DENIED.**

**SO ORDERED.**

Dated: June 16, 2025                    /s/Terrence G. Berg
                                       TERRENCE G. BERG
                                       UNITED STATES DISTRICT JUDGE