UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANDRE E. FRANKLIN**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF GENESEE and MACKENZIE ROSE,** <br><br> Defendants. | **2:24-CV-11401-TGB-KGA** <br><br> HON. TERRENCE G. BERG <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 39)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's Report and Recommendation dated June 23, 2026 (ECF No. 39) recommending that Defendants' motion for summary judgment (ECF No. 29) be granted.

The Court has reviewed Judge Altman's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id.*

Where neither party specifically objects to the report, as here, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Therefore, the Court

will accept Judge Altman's Report and Recommendation of June 23, 2026, as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Altman's Report and Recommendation of June 23, 2026 (ECF No. 39), is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

This Order closes the case.

**SO ORDERED**.

Dated: July 14, 2026 /s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE